USCA1 Opinion

 

 September 14, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 94-2271  ERIC DAVIS, Plaintiff, Appellant, v. DAVID BERUBE, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Lynch, Circuit Judges. ______________ ____________________ Eric Davis on brief pro se. __________ Jeffrey R. Howard, Attorney General, and Wynn E. Arnold, ___________________ _________________ Assistant Attorney General, on Motion for Summary Disposition, for appellee. ____________________ ____________________ Per Curiam. The judgment is affirmed substantially for __________ the reasons recited by the Magistrate-Judge in his Report and Recommendation dated November 17, 1994. We add that plaintiff has done nothing to call into question the conclusion--elsewhere reached by the New Hampshire Supreme Court--that the state's parole statute, see N.H. Rev. Stat. ___ Ann. 651-A:6 (Supp. 1994), and the accompanying Adult Parole Board Rules, fail to create a 14th Amendment liberty interest with regard to the denial of parole. See Bussiere ___ ________ v. Cunningham, 132 N.H. 747, 752-54 (1990); Baker v. __________ _____ Cunningham, 128 N.H. 374, 380-81 (1986); see generally __________ ______________ Greenholtz v. Inmates of the Nebraska Penal and Correctional __________ _______________________________________________ Complex, 442 U.S. 1, 7 (1979). _______ Affirmed. _________